LAW OFFICES OF BILL LATOUR
JESSICA WARREN [CSBN: 257274]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ARTURO HUERTA, | No. EDCV 21-0368 MAA |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND EIGHT HUNDRED DOLLARS AND 00/100 ($5,800.00), and costs in the amount of ZERO ($0.00), subject to the terms of the stipulation.

DATE: August 12, 2022      _____
                      HON. MARIA A. AUDERO,
                      UNITED STATES MAGISTRATE JUDGE